JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS ROBERT McNEIL, | ) | Case No. EDCV 09-638-DOC (OP) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| M. MARTEL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 28, 2010

_____
HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge