UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROBERT McNEIL,<br><br>    Petitioner,<br><br>    v.<br><br>M. MARTEL, Warden,<br><br>    Respondent. | Case No. EDCV 09-638-DOC (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

///

///

///

1       IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2 Report and Recommendation; and (2) directing that Judgment be entered denying the
3 Petition and dismissing this action with prejudice.

6 DATED: _October 28, 2010_    _/s/ David O. Carter_
                                              HONORABLE DAVID O. CARTER
                                              United States District Judge

Prepared by:

_/s/ Oswald Parada_
HONORABLE OSWALD PARADA
United States Magistrate Judge